■ BEVERLY RABE, Individually and as Executrix of ROBERT L. RABE, Deceased, Appellant, v FARMERS & TRADERS LIFE

INSURANCE Co., Respondent. [604 NYS2d 860] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Fudeman, J. (Appeal from Order of Supreme Court, Erie County, Fudeman, J.—Summary Judgment.) Present—Callahan, J. P., Pine, Lawton, Doerr and Davis, JJ.